AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Kitty Graham

v.

Colonial Bank
Et. Al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV270-WKW

TO: (Name and address of Defendant)

Colonial Banc Group
PO Box 1108
Montgomery, AL 36101-1108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kitty Graham
P.O. Box 240597
Eclectic, AL 36024
334-541-3292

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 3/27/06

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Kitty Graham

v.

Colonial Bank et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV270-WKW

TO: (Name and address of Defendant)

Colonial Bank
1 Commerce St, PO Box 1108
Montgomery, AL 36101-1108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kitty Graham
PO Box 240597
Eclectic, AL 36024

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    3/27/06
CLERK                               DATE

(By) DEPUTY CLERK