**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Colonial Bank
PO Box 1108
Montgomery, AL
36101-1108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Arthur McReynolds
☐ Agent
☐ Addressee

B. Received by (Printed Name): ARTHUR McREYNOLDS
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:06CV270-WKW
STC    MAR 2 9 2006    20

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0000 5269 3315

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Colonial BancGroup
PO Box 1108
Montgomery, AL
36101-1108

MAR 2 9 2008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Arthur McReyn Jr.
☐ Agent
☐ Addressee

B. Received by (Printed Name)
ARTHUR R MCREYNOLD

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV270-WKW
S+C

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7005 0390 0000 5269 3322

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540