## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KITTY GRAHAM )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE COLONIAL BANCGROUP, INC. )<br>and COLONIAL BANK, N.A., )<br>)<br>    Defendant )  | CIVIL ACTION NO.:<br> 2:06CV270-WKW<br><br><br>DRB Magistrate Judge Assigned |

### NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel of record for Defendants The Colonial BancGroup, Inc. and Colonial Bank, N.A.

/s/Christopher W. Weller
Christopher W. Weller (WEL030)
**CAPELL & HOWARD, P. C.**
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000

**THE COLONIAL BANCGROUP, INC. &
COLONIAL BANK, N.A.**
David B. Byrne, Jr. (ASB-0354-R69D)
General Counsel
One Commerce Street
Montgomery, Alabama 36104

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing upon counsel of record *viá* U.S. Mail:

Kitty Graham, Pro Se
P.O. Box 240597
Eclectic, Alabama 36024

    DONE this the 16th day of June, 2006.

                                        /s/Christopher W. Weller
                                              Of Counsel