# EXHIBIT E

| | | | |
|---|---|---|---|
| **Job Title** | Regional Sales & Development Wholesaler | **Job Code** | WM48 |
| **Dept.** | Wealth Management | **EEOC Code** | 1 |
| **Reports to** | Wealth Management Sales & Service Manager | **Revised** | 10/05 |
| **Company** | BancGroup | **Job Group** | 1C |

**Job Summary**
Responsible for creating new and managing existing relationships with licensed brokers, investment team leaders and other retail bank employees to increase revenue for investment and insurance products throughout a given region.

**Essential Job Functions**
1. Conduct individual and group training sessions, workshops and branch meeting in order to educate and increase sales knowledge.
2. Implement sales, referral and product strategies at the branch and Team Leader levels.
3. Responsible for educating regions regarding changing products and service enhancements.
4. Promotes an enthusiastic sales environment and promotes success.
5. Attend work on a regular basis, on time and withstand varying degrees of stress.

**Supervisory Responsibilities**
Provide training, direction and support to licensed employees. Must comply with Colonial's Affirmative Action Plan.

**Education and Experience**
Bachelor's degree in Finance, Accounting, Business. Five or more years experience in developing, marketing, training and/or selling in the investments and/or insurance industry. Completion of Series 7, 65, 24, and 63 securities examinations; completion of Life/Health/Disability and Variable Life insurance License; clean CRD-good standing with NASD and SEC. Valid state driver's license, proof of insurance, and available transportation.

**Skills and Abilities**
Ability to travel to various locations within assigned regions. Ability to work with substantial latitude for independent action in setting objectives, priorities, and procedures. Ability to monitor industry changes on a continuous basis. Excellent communication skills needed to handle regular contact with customers, bank management, and staff employees.

**Physical Demands**
The employee will occasionally lift and/or move up to 25 pounds. The employee will regularly talk and hear. The employee will frequently sit. The employee will occasionally stand; walk; use hands to finger, handle, or feel; stoop, kneel, crouch or

crawl; and reach with hands and arms. Special vision requirements include close, distant, and peripheral vision; depth perception and the ability to adjust focus. The noise level in the work environment is usually moderate.

**Staffing**
Job normally filled from:
Usual next assignment:
Similar jobs with Colonial:

As of the date shown above, the contents of this job description are intended to describe the general nature and level of work being performed by people assigned to this job. It is not intended to be an exhaustive list of all responsibilities, duties and skill required of personnel so classified. Further, essential job functions are subject to change based upon business needs.

Colonial Bank Corporate Human Resources | Montgomery, Al | 334-833-3128
Colonial is an equal opportunity employer. M/F/V/D