# EXHIBIT H



# COLONIAL

CONFIDENTIAL

# PERFORMANCE EVALUATION & DEVELOPMENT PLAN

Due date for return to the Human Resources Department: _____

**Employee Name:** *Kitty D Graham*

**Job Title:** *Customer Sales Officer*

**Job Grade:** *4E*

**Department:** *Wetumpka*

**Supervisor:** *Jimmy Stubbs*

**Date of Hire:** *8-21-00*

**Review Period:** From *8-21-00* To *8-21-01*

---

**INSTRUCTIONS TO SUPERVISOR:**
Rate the employee's performance by assigning one of the following performance ratings. Write the performance rating in the box to the left of each performance category heading. A comment or example is required for all categories to support the performance rating given.

## PERFORMANCE RATINGS

☐ **AE** — **ABOVE EXPECTATIONS**
Performance consistently exceeds all aspects of the performance plan and exceeds the requirements needed to fulfill the principal duties, responsibilities, objectives, and expectations of the position.

☒ **FS** — **FULLY SATISFACTORY**
Performance consistently meets all major aspects of the performance plan needed to fulfill the principal duties, responsibilities, objectives, and expectations of the position.

☐ **S** — **SATISFACTORY**
Performance meets expectations, but performance improvement is needed to fulfill the principal duties, responsibilities, objectives, and expectations of the position.

☐ **NI** — **NEEDS IMPROVEMENT**
Performance is below the minimum requirements to fulfill the principal duties, responsibilities, objectives and expectations of the position. Significant and immediate improvement needed for employee to be able to continue in the position.

---

## PERFORMANCE CATEGORIES FOR ALL EMPLOYEES

| Rating | Category | Comments / Examples |
|---|---|---|
| FS | **1. PROFESSIONAL KNOWLEDGE**<br>• Demonstrates understanding of technical aspects of job.<br>• Has and applies the technical knowledge and skills necessary to effectively perform all aspects of the job.<br>• Remains current on developments and changes relevant to job. | Long time banker w/ a good general banking knowledge; has learned Colonial Products + does a great job cross-selling those products |
| FS | **2. QUANTITY OF WORK**<br>• Goals and objectives met within expected time frame.<br>• High level of work output on regular basis.<br>• Speed and consistency of output are appropriate. | Puts in the hours necessary to accomplish task |
| FS | **3. QUALITY OF WORK**<br>• Work is thorough, accurate, planned, and organized.<br>• Frequency and caliber of mistakes is minimal or none.<br>• Correction and follow-up on errors is appropriate.<br>• Monitors the end result to ensure standards are met.<br>• Customer complaints are minimal or none. | |
| FS | **4. ORAL AND/OR WRITTEN COMMUNICATION SKILLS**<br>• Expression of ideas is clearly relevant, concise, organized, and grammatically correct. Effective expression of ideas.<br>• Presentations of point of view are persuasive, tactful, diplomatic, and professional.<br>• Speaking style demonstrates good listening rapport, courtesy, and respect for others. | Communicate professionally + personally with all customers |
| AE | **5. INITIATIVE**<br>• Appropriate independent exercise of judgment within limits of authority.<br>• Anticipates potential problems and opportunities and does what needs to be done without being directed.<br>• Seeks additional assignments when assigned tasks are completed.<br>• Researches issues thoroughly before making decisions or taking action. | Kitty is self-motivated. Very little direction needed |
| FS | **6. JUDGMENT AND DECISION MAKING**<br>• Decisions and implementations are timely in light of organizational needs.<br>• Seeks relevant advice and/or gathers pertinent data before making decisions and developing action plans.<br>• Coordinates decisions with others to achieve shared goals; assesses the consequences for others before taking action.<br>• Monitors the expected results and adjusts action plans to meet objectives. | Uses years of experience to act in a way which always protects the bank's interest; Always seeks advice in difficult situations |
| FS | **7. FLEXIBILITY**<br>• Open to new ideas and willing to try new approaches.<br>• Adapts to change in assignments and/or new conditions in the working environment.<br>• Functions well with multiple assignments and effectively shifts priorities when necessary to accomplish tasks.<br>• Is able to take guidance from more than one source. | Knew nothing about annuities in Jan 01. She is now a top salesperson |
| AE | **8. ACCEPTANCE OF SUPERVISION**<br>• Accepts and adjusts to authority relationships in a manner that contributes to effective working relationships.<br>• Adapts to different management styles in a way that promotes a working relationship. | Model employee |
| FS | **9. OBSERVANCE OF ORGANIZATION POLICIES**<br>• Is knowledgeable and adheres to all Company work rules and policies; including, but not limited to:<br>• Attendance  • Internal Audit Policies  • Dress Code<br>• Tardiness  • Codes of Conduct  • NSF/Overdrafts<br>• Code of Ethics  • Alcohol and Controlled Substance Policy<br>• Anti-Harassment Policy  • EEO Policies | Knows + understands policy; sets example for others |

| | | |
|---|---|---|
| AE | **10. HUMAN RELATIONS AND TEAMWORK**<br>• Works and interacts with co-workers, supervisors, subordinates, and external customers in a manner that is diplomatic, harmonious, professional and sensitive.<br>• Exhibits friendliness and maintains positive working relationships.<br>• Effective cooperation and collaboration with other departments.<br>• Demonstrates enthusiasm in serving team and internal customers. | Comments / Examples:<br>Positive Attitude; sets a good example for co-workers. Employees look to her for leadership |
| FS | **11. PERCEPTUAL/ANALYTICAL SKILLS**<br>• Breaks down major issues into workable solutions and maintains a focus on the issue at hand.<br>• Collects the facts about a problem and considers risks and benefits before making decisions.<br>• Distinguishes relevant from irrelevant information.<br>• Seeks prevention of future problems. | Comments / Examples: |
| FS | **12. PERFORMANCE IN CRITICAL SITUATIONS**<br>• Performance standards are met in critical/difficult situations.<br>• Maintains self-control/professionalism under adverse conditions.<br>• Able to adapt priorities when needed.<br>• Takes appropriate risks willingly and accepts personal responsibility.<br>• Handles stress and conflict effectively. | Comments / Examples:<br>Handles customer problems well. Contacts appropriate person or department when advice and/or assistance is needed. |

**MANAGEMENT PERFORMANCE CATEGORIES** — Items 13-17 for evaluating employee with management responsibilities. (NA)

| | | |
|---|---|---|
| | **13. LEADERSHIP/GIVING DIRECTION**<br>• Sets a good example of desired behavior.<br>• Adjusts leadership style to individual/group/situation needs.<br>• Provides encouragement, guidance, and direction to subordinates.<br>• Influences others to strive towards goals and objectives.<br>• Promotes cooperation and teamwork. Increases motivation in others. | Comments / Examples: |
| | **14. PLANNING/ORGANIZING SKILLS**<br>• Anticipates and sets future direction by planning and organizing to meet applicable deadlines and objectives.<br>• Monitors work progress and makes adjustments when needed.<br>• Sets priorities and establishes annual performance goals/objectives.<br>• Assures availability of required resources: information, equipment, etc. | Comments / Examples: |
| | **15. HUMAN RESOURCES MANAGEMENT AND EMPLOYEE DEVELOPMENT**<br>• Effective in selecting qualified employees.<br>• Provides appropriate orientation and training to employees in light of position and individual experience. Promotes/facilitates cross-training.<br>• Applies performance evaluation and compensation plan impartially and in a timely manner.<br>• Observes and documents employees' performance and takes appropriate action with marginal and unsatisfactory performers.<br>• Gives employees frequent feedback about performance and provides clear performance expectations.<br>• Enforces Company policies and work rules. | Comments / Examples: |
| | **16. EQUAL EMPLOYMENT OPPORTUNITY/SAFETY**<br>• Is knowledgeable and supports the Company's EEO policies/procedures and makes meaningful contributions.<br>• Maintains safe and secure working environment. Reports safety threats.<br>• Observes OSHA and Company safety requirements. | Comments / Examples: |

| | |
|---|---|
| **17. EXPENSE/BUDGET MANAGEMENT**<br>• Accurately forecasts and maintains budgetary projections.<br>• Controls operating expenses by effectively utilizing staff, materials, and equipment.<br>• Carefully monitors expenditures and reduces costs where possible to preserve Company assets and reduce waste.<br>• Makes sound financial decisions which positively affect the performance of the department and Company. | Comments / Examples: |

**REVIEW OF PRIOR YEAR GOAL ACHIEVEMENT** Evaluate the degree of successful completion of each goal established for the evaluation period.

| GOALS | RESULTS ACHIEVED |
|---|---|
| 1. Employed Aug 2000 | |
| 2. | |
| 3. | |

### OVERALL PERFORMANCE RATING

| ABOVE EXPECTATIONS | FULLY SATISFACTORY | SATISFACTORY | NEEDS IMPROVEMENT |
|---|---|---|---|
| | ✓ (circled) | | |

Manager Comments: Experienced + well known banker; Colonial has attracted many deposits due to Kitty's contacts in Elmore County; Outstanding push in wealth Mgmt over the past few weeks, Colonial has benefited from her proactive approach to be a leader in annuity sales. Well involved in the community (Bd of Ed; Civic Clubs etc).

Employee Comments: Thank you for your good comments + support + confidence. I look forward to expanding my skills + knowledge in sales. I have set high personal + professional goals for myself. I really enjoy working with Colonial Bank. I will work hard this year to reach a Overall Performance rating of ("Above Expectations")!!

Do you understand that if you believe there has been a violation of Company policy, including the policies on Equal Opportunity Employment and prohibiting sexual and other harassment in the workplace, you should report it, preferably in writing, to a Supervisor, Department Head, or Human Resources Director?

Yes ☒    No ☐

Do you understand no employee will be retaliated against for reporting in good faith that a policy has been violated?

Yes ☒    No ☐

Employee Signature: _Kitty Graham_    Date: 8/31/01

Manager Signature: _J. Stroh_    Date: 8/31/01

# GOALS AND ACTION PLAN WORKSHEET

**Major Performance Strengths**

1. Initiative - Eager to expand customer relationships. Strong cross/sell ratio

2. Human Relations / Teamwork - a pleasant person to work with as well as bank with

3. Professional Knowledge - uses combination of bank experience w/ knowledge to achieve profitable results

4. Good sales skills

**Major Performance Improvement Needs**

1. Time management - recognize operational task & sales task go hand in hand. Learn how to better achieve both through time management

2. Professional Knowledge - gain a better understanding of loan products + cash management

3. Judgement + Decision Making - tactfully spend more time w/ profitable customers + less time w/ less profitable ones (delegate these individuals to others - customer service, tellers etc.)

**Performance Improvement Goals**

The process of goal setting aids in measuring individual performance, in meeting department objectives, and provides a basis for employee self-development. Manager and employee should develop goals and reach agreement on the results to be achieved.

| Goal | By When | Method of Measurement |
|---|---|---|
| 1. Avg 4.0 overall cross/sell ratio | Aug 2002 | Score Reports |
| 2. $100,000 in Annuity sells/mo | Aug 2002 | Management Reports |
| 3. Obtain Life Insurance and Series 7 Licensed | Aug 2002 | License Achievement |
| 4. 10 sales calls/month | Aug 2002 | Merchant Service Dept |

# GOALS AND ACTION PLAN WORKSHEET

| Action Plan for Goal Achievement | When | Completed |
|---|---|---|
| 1. Cross sale more products to new & existing customer. Sell more bank products by giving current customer more info & asking them to open new accts & products such as Safe deposit box & check card, Visa & merchant service | Daily | |
| 2. Talking to customer about Annuities. My sales should exceed $100,000 each in new money & existing funds. I will use mail outs, phone calls & visits. I have a large existing customer base to work with. I have been licensed with several Life Ins. companies. I want to find more prospects for life ins. | Each Month and check weekly sales. Weekly & Monthly | Aug / ~~Sept~~ |
| 3. I will make appointments weekly for visits & customer. I will call on current business customers & make cold calls weekly. I will start on Series 7 as soon as Gunny can get it up. I want to invest more in investments | Weekly | |