IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KITTY GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-270-WKW |
| | ) WO |
| COLONIAL BANK, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 4, 2006 (Doc. # 14), it is hereby

ORDERED that

1. The Recommendation of the Magistrate Judge (Doc. # 14) is hereby ADOPTED.

2. The motions to dismiss (Docs. # 6 and 9) filed by Defendant Colonial Bancgroup are DENIED.

3. This case is referred back to the Magistrate Judge for appropriate proceedings.

Done this 22nd day of August, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE