IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| KITTY GRAHAM | ) |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-CV-00270-WKW |
| | ) |
| COLONIAL BANK, et al., | ) |
| | ) |
| Defendants. | ) |

**EXHIBITS IN SUPPORT OF RESPONSE IN OPPOSITION
TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Kitty Graham to respectfully submit the following exhibits in support of her response in opposition to defendant's motion for summary judgment filed herewith:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Affidavit of Kitty Graham |
| B | Affidavit of Rana Sanders, Former Executive Vice President of Wealth Management and Former President of Colonial Brokerage and Colonial Investment Services, Inc. |
| C | January 18, 2005 Separation Agreement |
| D | Resume of Sean Tesoro |
| E | January 18, 2005 Memorandum to Senior Bank Management by Linda Green, Executive Vice President, Wealth Management |
| F | EEOC Affidavit of Kitty Graham |
| G | Job Description of Regional Investment Sales Representative (Financial Consultant) |
| H | Wealth Management Director Job Description |

| | |
|---|---|
| I | Job Description of Platform Annuity Agent Trainer/Regional Platform Director |
| J | Financial Planning Services Financial Highlights Reports for Year End 2003 and 2004 |
| K | Excerpt from Singer Funds Reports on Top Bank Rankings 1st Quarter 2004 |
| L | Platform 2004 Business Plan Profile |

Respectfully submitted,

*Kitty Graham*
Kitty Graham, Pro Se
P. O. Box 240597
Eclectic, AL 36024