# EXHIBIT I

| | | | |
|---|---|---|---|
| **Job Title** | Platform Annuity Agent Trainer | **Job Code/Grade** | WM75/10E |
| **Dept.** | Wealth Management | **EEOC Code** | 2 |
| **Reports to** | Product Manager | **Revised** | 08/03 |
| **Company** | BancGroup | **Job Group** | 2B |

### Job Summary
To increase gross sales and fee income in the platform program.

### Essential Job Functions
1. Establish a baseline, i.e., number of agents, "zeros to heroes" report.
2. Identify agents who need training at all levels
3. Develop a training program for entry level agents, middle level producers and top producers.
4. Schedule training sessions with newly targeted candidates and newly licensed agents to demonstrate "The Art of Selling."
5. Develop a tracking system to monitor "how we are doing."
6. Assist the Program Manager in expanding a strategic plan for all regions.
7. Assist the Program Manager in developing a "Training the Trainer" program.
8. Attend work on a regular basis, on time, and withstand varying degrees of stress.

### Supervisory Responsibilities
None

### Education and Experience
Bachelor's degree or equivalent experience. Two or more years experience in production and platform sales. Life/Health Insurance license required. Completion of Series 6 and 63 securities examinations a plus; may be required to obtain in the future. Proficient in product knowledge and sales background.

### Skills and Abilities
Ability to work with substantial latitude for independent action in setting objectives, priorities, and procedures. Proficient with Excel and Word. Good communication and writing skills needed to handle contact with customers, bank management, and employees.

### Physical Demands
The employee will frequently lift and/or move up to 25 pounds. The employee will regularly talk and hear. the employee will frequently sit. The employee will occasionally stand;walk;use hands to finger, handle or feel;stoop, kneel, crouch or crawl; and reach with hands and arms. Special vision requirements include close, distant, and peripheral vision; depth perception and the ability to adjust focus. The noise level in the work environment is usually moderate.

**Staffing**
Job normally filled from: Internal licensed agents, if experientially qualified.
Usual next assignment: N/A
Similar jobs with Colonial: N/A

As of the date shown above, the contents of this job description are intended to describe the general nature and level of work being performed by people assigned to this job. It is not intended to be an exhaustive list of all responsibilities, duties and skill required of personnel so classified. Further, essential job functions are subject to change based upon business needs.

Colonial Bank Corporate Human Resources | Montgomery, Al | 334-833-3128
Colonial is an equal opportunity employer. M/F/V/D