# EXHIBIT J

**FINANCIAL PLANNING SERVICES**
**FINANCIAL HIGHLIGHTS**
**DECEMBER 31, 2003**

| Summary | Income Before Taxes and Management Fees | | | | | |
|---|---|---|---|---|---|---|
| | Month to Date | | | Year to Date | | |
| | 2003 Actual | 2003 Budget | 2002 Actual | 2003 Actual | 2003 Budget | 2002 Actual |
| **INTERNAL FUNDS** | | | | | | |
| Investments/Discount Brokerage | $ (166) | $ (100) | $ (307) | $ (2,365) | $ (1,406) | $ (3,044) |
| **NONINTEREST INCOME:** | | | | | | |
| Colonial Asset Management | $ 26,204 | $ 20,825 | $ 5,000 | $ 140,660 | $ 249,896 | $ 165,256 |
| Trust Department | 130,748 | 210,500 | 214,227 | 2,187,681 | 2,482,623 | 1,071,631 |
| Investments/Discount Brokerage | 456,597 | 323,186 | 142,464 | 5,703,151 | 5,543,221 | 4,605,759 |
| Fixed Annuity Platform Program | 428,598 | 326,240 | 133,630 | 6,093,797 | 5,827,705 | 5,202,571 |
| Insurance Sales | 49,456 | 56,875 | 16,881 | 990,591 | 682,503 | 20,340 |
| **TOTAL NONINTEREST INCOME** | $ 1,091,603 | $ 937,627 | $ 512,202 | $ 15,115,880 | $ 14,785,948 | $ 11,065,558 |
| **NONINTEREST EXPENSE:** | | | | | | |
| Salaries & Benefits | $ 245,813 | $ 264,576 | $ 215,496 | $ 3,246,446 | $ 3,023,714 | $ 1,943,604 |
| Commissions - Security | 135,045 | 202,534 | 122,288 | 2,824,337 | 3,417,887 | 2,913,476 |
| Commissions - Fixed Annuity | 35,681 | - | - | 368,256 | - | - |
| Occupancy Expense | 43,171 | 37,454 | 32,696 | 543,041 | 451,706 | 314,541 |
| Premises & Equipment | 56,035 | 13,944 | 16,396 | 263,095 | 174,230 | 191,914 |
| Broker/Dealer Clearing Charges | 32,732 | 18,361 | 33,115 | 414,429 | 315,814 | 320,538 |
| Other Expense | 123,176 | 123,257 | 241,652 | 1,619,807 | 1,479,362 | 1,476,088 |
| **TOTAL NONINTEREST EXPENSE** | $ 671,654 | $ 660,127 | $ 661,644 | $ 9,279,411 | $ 8,862,713 | $ 7,160,161 |
| **INCOME (LOSS) BEFORE ALLOCATIONS & TAXES** | | | | | | |
| Colonial Asset Management | $ 23,949 | $ 12,931 | $ 804 | $ 83,676 | $ 150,905 | $ 14,850 |
| Trust Department | 3,774 | 53,896 | 81,557 | 507,915 | 627,802 | 523,437 |
| Investments/Discount Brokerage | 162,044 | (28,369) | (187,845) | 819,138 | 319,321 | 8,166 |
| Fixed Annuity Platform Program | 208,639 | 187,356 | (32,805) | 3,765,214 | 4,204,527 | 3,623,889 |
| Insurance Sales | 21,377 | 48,921 | (11,461) | 658,162 | 587,294 | (266,188) |
| Income (Loss) before Allocations & Taxes | $ 419,783 | $ 274,735 | $ (149,750) | $ 5,834,105 | $ 5,889,849 | $ 3,904,153 |

| Regional Bank Contribution | Profit Margin Annualized | | | | Income Before Taxes and Management Fees | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Month to Date | | Year to Date | | Month to Date | | | Year to Date | | |
| | Actual | Target | Actual | Target | 2003 Actual | 2003 Budget | 2002 Actual | 2003 Actual | 2003 Budget | 2002 Actual |
| Northern Region | 60% | 35% | 68% | 35% | $ 14,477 | $ 29,678 | $ 34,574 | $ 1,044,637 | $ 660,316 | $ 709,861 |
| South Florida | 58% | 35% | 54% | 35% | 81,911 | 35,423 | 35,010 | 758,218 | 830,765 | 765,557 |
| South Central Region | 38% | 35% | 53% | 35% | 18,117 | 33,104 | 20,949 | 701,200 | 780,212 | 763,569 |
| Central Florida | 81% | 35% | 65% | 35% | 91,650 | 25,995 | 20,764 | 681,061 | 543,031 | 509,886 |
| Birmingham | -53% | 35% | 50% | 35% | (15,635) | 9,054 | 13,970 | 560,488 | 282,075 | 209,640 |
| Texas | 81% | 35% | 92% | 35% | 84,133 | 5,260 | 7,014 | 382,485 | 127,834 | 177,058 |
| Southwest Florida | 71% | 35% | 86% | 35% | 10,956 | 15,461 | 18,578 | 368,677 | 301,251 | 250,551 |
| Bay Area | 60% | 35% | 43% | 35% | 32,871 | 22,159 | 23,261 | 279,999 | 421,801 | 402,243 |
| Gulf Coast | 71% | 35% | 50% | 35% | 22,286 | 118 | (3,042) | 248,149 | 124,461 | 147,655 |
| Georgia | -36% | 35% | 39% | 35% | (32,411) | 33,152 | (18,690) | 159,992 | 971,716 | 419,135 |
| Nevada | -9% | 35% | 48% | 35% | (9,460) | 12,806 | 3,356 | 32,376 | 237,017 | 210,046 |
| BancGroup Investments | | | | | 99,443 | (20,588) | (350,799) | 24,019 | (249,235) | (630,390) |
| Total Regional Bank Contribution | | | | | $ 398,338 | $ 201,623 | $ (195,053) | $ 5,241,301 | $ 5,031,245 | $ 3,934,811 |
| **Unallocated Portion:** | | | | | | | | | | |
| Colonial Asset Management | | | | | 23,949 | 6,495 | 804 | 12,534 | 74,258 | (85,421) |
| Insurance Sales Administration | | | | | (6,278) | 14,546 | (28,342) | 192,898 | 174,791 | (286,528) |
| Trust | | | | | 3,774 | 52,071 | 72,842 | 387,372 | 609,555 | 341,291 |
| **Total** | | | | | $ 419,783 | $ 274,735 | $ (149,750) | $ 5,834,105 | $ 5,889,849 | $ 3,904,154 |

1/8/2004 at 10:01 AM

**FINANCIAL PLANNING SERVICES**
**FINANCIAL HIGHLIGHTS**
**DECEMBER 31, 2004**

| Summary | | Income Before Taxes and Management Fees | | | | | |
|---|---|---|---|---|---|---|---|
| | | Month to Date | | | Year to Date | | |
| | | 2004 Actual | 2004 Budget | 2003 Actual | 2004 Actual | 2004 Budget | 2003 Actual |
| **INTERNAL FUNDS** | | | | | | | |
| Investments/Discount Brokerage | $ | (1,109) $ | (112) $ | (166) $ | (4,146) $ | (1,613) $ | (2,699) |
| **NONINTEREST INCOME:** | | | | | | | |
| Colonial Asset Management | $ | (12,732) $ | 30,160 $ | 26,204 $ | 72,382 $ | 358,332 $ | 140,660 |
| Trust Department | | 106,473 | 270,833 | 130,748 | 1,428,035 | 2,000,000 | 2,187,681 |
| Investments/Discount Brokerage | | 588,833 | 207,311 | 456,597 | 5,293,211 | 6,223,320 | 5,703,151 |
| Fixed Annuity Platform Program | | 254,593 | 521,092 | 428,598 | 5,545,565 | 6,833,280 | 6,093,797 |
| Insurance Sales | | 117,167 | 127,917 | 49,456 | 1,031,357 | 1,767,731 | 990,591 |
| TOTAL NONINTEREST INCOME | $ | 1,054,334 $ | 1,157,314 $ | 1,091,603 $ | 13,370,551 $ | 17,182,664 $ | 15,115,880 |
| **NONINTEREST EXPENSE:** | | | | | | | |
| Salaries & Benefits | $ | 390,834 $ | 305,353 $ | 246,115 $ | 3,804,274 $ | 3,773,942 $ | 3,116,240 |
| Commissions - Security | | 207,080 | 89,680 | 170,725 | 2,161,037 | 1,619,606 | 3,192,593 |
| Commissions - Fixed Annuity | | 83,085 | 131,239 | - | 1,820,210 | 1,910,194 | 12,408 |
| Commissions - Other | | 34,134 | 104,154 | (274) | 2,723,157 | 1,651,121 | 179,078 |
| Occupancy Expense | | 77,783 | 50,858 | 43,171 | 866,341 | 610,390 | 543,041 |
| Premises & Equipment | | 28,606 | 18,079 | 56,035 | 459,265 | 221,424 | 263,095 |
| Broker/Dealer Clearing Charges | | 46,461 | 33,035 | 32,732 | 484,802 | 413,108 | 414,429 |
| Other Expense | | 286,751 | 154,365 | 123,236 | 2,637,093 | 1,852,379 | 1,571,828 |
| TOTAL NONINTEREST EXPENSE | $ | 1,154,736 $ | 886,760 $ | 671,742 $ | 14,955,978 $ | 12,052,164 $ | 9,292,711 |
| **INCOME (LOSS) BEFORE ALLOCATIONS & TAXES** | | | | | | | |
| Colonial Asset Management | $ | (16,411) $ | 25,186 $ | 23,949 $ | 41,380 $ | 297,620 $ | 83,676 |
| Trust Department | | (136,339) | 43,038 | 3,687 | (878,563) | (1,093,799) | 507,022 |
| Investments/Discount Brokerage | | (22,595) | (19,123) | 126,363 | 489,296 | 2,037,517 | 450,549 |
| Fixed Annuity Platform Program | | 18,351 | 118,527 | 244,320 | 1,312,982 | 2,461,860 | 4,133,470 |
| Insurance Sales | | 55,484 | 102,814 | 21,377 | 340,901 | 1,425,690 | 658,162 |
| Income (Loss) before Allocations & Taxes | $ | (101,511) $ | 270,442 $ | 419,696 $ | 1,305,997 $ | 5,128,887 $ | 5,832,878 |

| Regional Bank Contribution | Profit Margin Annualized | | | | Income Before Taxes and Management Fees | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Month to Date | | Year to Date | | | Month to Date | | | Year to Date | | |
| | Actual | Target | Actual | Target | 2004 Actual | 2004 Budget | 2003 Actual | 2004 Actual | 2004 Budget | 2003 Actual |
| Alabama | 14% | 26% | 29% | 29% | $ 45,666 $ | 110,293 $ | 39,246 $ | 1,710,168 $ | 2,377,342 $ | 2,554,474 |
| South Florida | 37% | 10% | 35% | 28% | 75,454 | 13,441 | 81,911 | 918,741 | 525,346 | 758,218 |
| Central Florida | 36% | 22% | 29% | 30% | 50,274 | 22,526 | 91,650 | 389,908 | 490,624 | 681,061 |
| Texas | 43% | 41% | 41% | 47% | 25,995 | 12,020 | 84,133 | 298,973 | 242,038 | 382,485 |
| Bay Area | 32% | 5% | 30% | 18% | 28,685 | 2,913 | 32,871 | 279,226 | 170,168 | 279,999 |
| Nevada | 14% | 23% | 10% | 33% | 3,229 | 7,584 | (9,460) | 36,698 | 180,165 | 32,376 |
| Georgia | 24% | 14% | 3% | 25% | 6,158 | 9,274 | (32,411) | 12,917 | 260,135 | 159,992 |
| Southwest Florida | -7% | 30% | 0% | 39% | (2,814) | 25,512 | 10,956 | 1,298 | 495,724 | 368,677 |
| BancGroup Investments | | | | | (144,561) | (49,029) | 99,443 | (993,648) | (140,252) | 23,685 |
| Total Regional Bank Contribution | | | | | $ 88,295 $ | 154,533 $ | 398,338 $ | 2,654,281 $ | 4,601,290 $ | 5,240,968 |
| Unallocated Portion: | | | | | | | | | | |
| Colonial Asset Management | | | | | (16,618) | 6,186 | 23,949 | 201 | 69,620 | 12,534 |
| Insurance Sales Administration | | | | | (1,491) | 39,094 | (6,278) | (9,721) | 541,571 | 192,898 |
| Trust | | | | | (171,687) | 70,628 | 3,687 | (1,338,764) | (83,593) | 386,479 |
| Total | | | | | $ (101,511) $ | 270,442 $ | 419,696 $ | 1,305,997 $ | 5,128,887 $ | 5,832,878 |