# EXHIBIT K

# Singer's Annuity and Funds Report



Volume 10, No. 4        Internet: http://www.singerpubs.com        August/September 2004

## Bank Investment Income Holds Steady In The 1st Quarter

Although bank investment income ('income from the sale and servicing of mutual funds and annuities') appeared to decline in the 1st quarter, production was actually fairly robust. Median income figures were up across almost all regions and most asset-size groups.

Overall, volume fell 2 percent in the 1st quarter of 2004—from $1.55 billion to $1.51 billion. But this may be misleading. Mellon Bank NA (PA), which owns Dreyfus Investments, the mutual funds firm, reported $140 million in the 4th quarter but only $0.44 million in the 1st quarter (the result of a change in reporting practices, no doubt). That more than accounts for the $36.9 million drop in industry volume across the quarters. Indeed, if one excludes Mellon from the equation, industry income rose 7 percent in the 1st quarter.

The median investment income figure was $23,000, unchanged from the previous quarter. That is, among the 2,074 banks and thrifts that reported some investment income in the 1st quarter, the middle ranking institution (1,037th) generated $23,000 in income from mutual funds and annuities. This belies the fact, however, that the median income numbers were up in all regions with the exception of the West, where the number was unchanged. Investment income consists primarily of gross commissions from annuity and mutual fund sales, but it can also include investment advisory fees if banks manage those assets. 2,050 banks and thrifts

*Exluding Mellon Bank, industry volume gained 7 percent in the quarter.*



**Bank Investment Income and Insurance Income: 2003 4th and 2004 1st Quarters**

2,074 commercial banks and thrifts had some 'income from the sale and servicing of mutual funds and annuities.' 3,332 commercial banks (thrifts aren't included) reported some insurance revenues

### Key tables in this issue

Investment income       p. 2
Small banks             p. 5
Insurance revenues      p. 9
Investment banking      p. 12
Inv. income by region   p. 16
Insurance by region     p. 19
Insurance underwrit'g   p. 22
100 Largest BHCs        p. 23

recorded some investment income in the 4th quarter.

**Insurance revenues advance**

Meanwhile, insurance revenues increased 7 percent—from $968.4 million to $1,036.8 million—at the 3,332 commercial banks and savings banks that reported some insurance activity. The median insurance figure was $6,000, unchanged from the previous quarter. The middle-ranking bank (1,666th), in other words, had $6,000 in insurance revenues in the quarter.

The leading commercial bank in in-

---

## Branch Banking & Trust of North Carolina ($119.99 million), increased insurance revenues 21 percent.

---

surance income (thrifts don't report insurance activity) was New York's Citibank NA with $229.00 million, a 3 percent increase from $223.00 million in the previous quarter. It was followed by Branch Banking & Trust of North Carolina ($119.99 million), Delaware's MBNA America Bank NA ($52.90 million), Bank of America NA of North Carolina ($26.86 million), and Chase Manhattan USA of Delaware ($25.82 million). Branch Banking & Trust increased revenues 21 percent compared with the 4th quarter.

Among bank holding companies (as opposed to commercial banks), the lead-

*Singer's Annuity and Funds Report* is published bimonthly by the Bank Insurance Market Research Group, a unit of Ethikos, Inc., 154 E. Boston Post Road, Mamaroneck, NY 10543, Tel: (914) 381-7475. © 2004 Ethikos Inc. Andrew W. Singer, Editor and Publisher. Victoria Theodore, Circulation Manager. One year's subscription is $450. The data herein is also available from the BIMRG on electronic database.

### Income from Annuity and Mutual Fund Sales
#### 1st Quarter 2004: Top 50 Bank Holding Companies
*(Revenues in Millions)*

|    | Income from Mutual funds & Annuities | Bank Holding Company | State | MF Income Previous Quarter | Change |
|----|--------|-----------------------|-------|--------|-------|
| 1  | $477.0 | Wachovia Corp. | NC | $501.0 | -5% |
| 2  | $206.0 | FleetBoston Financial | MA | $173.0 | 19% |
| 3  | $175.0 | Bank One Corp. | IL | $166.0 | 5% |
| 4  | $151.7 | Bank of America Corp. | NC | $132.8 | 14% |
| 5  | $145.0 | J.P. Morgan Chase | NY | $101.0 | 44% |
| 6  | $68.0  | Wells Fargo & Co. | CA | $67.0 | 1% |
| 7  | $39.3  | U.S. Bancorp | MN | na | na |
| 8  | $34.4  | Fifth Third Bancorp | OH | $29.5 | 16% |
| 9  | $31.3  | Suntrust Banks, Inc. | GA | $30.3 | 3% |
| 10 | $29.6  | Abn Amro North America | IL | $27.5 | 8% |
| 11 | $21.2  | Regions Financial Corp. | AL | $19.4 | 9% |
| 12 | $17.8  | HSBC USA Inc. | NY | $15.5 | 15% |
| 13 | $17.4  | National City Corp. | OH | $14.2 | 22% |
| 14 | $16.8  | BB&T Corp. | NC | $13.4 | 26% |
| 15 | $16.5  | Comerica Incorporated | MI | $14.5 | 14% |
| 16 | $16.4  | SouthTrust Corp. | AL | $15.1 | 8% |
| 17 | $15.9  | Citizens Financial Group | RI | na | na |
| 18 | $15.1  | Amsouth Bancorp. | AL | $14.6 | 4% |
| 19 | $13.1  | M&T Bank Corp. | NY | $12.9 | 1% |
| 20 | $13.0  | KeyCorp | OH | $13.2 | -2% |
| 21 | $11.5  | Marshall & Ilsley Corp. | WI | $10.0 | 16% |
| 22 | $10.8  | Huntington Bancshares | OH | $9.0 | 20% |
| 23 | $8.9   | Harris Bankcorp, Inc. | IL | $8.4 | 6% |
| 24 | $7.9   | Compass Bancshares | AL | $6.5 | 21% |
| 25 | $7.9   | Hibernia Corp. | LA | $6.5 | 21% |
| 26 | $7.3   | First Tennessee National | TN | $6.9 | 6% |
| 27 | $6.7   | Unionbancal Corp. | CA | $5.4 | 25% |
| 28 | $6.7   | National Commerce Fin. | TN | $6.6 | 1% |
| 29 | $6.4   | Charter One Financial | OH | $7.1 | -9% |
| 30 | $6.1   | Greenpoint Financial | NY | $5.1 | 19% |
| 31 | $4.7   | Union Planters Corp. | TN | $5.3 | -11% |
| 32 | $4.5   | Banknorth Group, Inc. | ME | $4.6 | -1% |
| 33 | $4.2   | Fulton Financial Corp. | PA | $3.6 | 16% |
| 34 | $3.4   | TCF Financial Corp. | MN | $3.0 | 14% |
| 35 | $3.2   | FirstMerit Corp. | OH | $2.5 | 27% |
| 36 | $3.2   | Community First | ND | $2.7 | 21% |
| 37 | $3.1   | People's Mutual Hldgs. | CT | $3.0 | 6% |
| 38 | $2.8   | Zions Bancorporation | UT | $2.6 | 8% |
| 39 | $2.8   | Associated Banc-Corp | WI | $2.3 | 20% |
| 40 | $2.7   | New York Community | NY | $2.4 | 11% |
| 41 | $2.6   | MB Financial, Inc | IL | $0.2 | 1106% |
| 42 | $2.6   | UMB Financial Corp. | MO | $2.2 | 21% |
| 43 | $2.6   | Old National Bancorp | IN | $2.0 | 31% |
| 44 | $2.5   | Colonial Bancgroup | AL | $3.1 | -19% |
| 45 | $2.3   | City National Corp. | CA | $2.4 | -4% |
| 46 | $2.1   | Citizens Banking Corp. | MI | $2.1 | 3% |
| 47 | $2.1   | First Citizens Bancshs. | NC | $3.6 | -43% |
| 48 | $2.0   | Amcore Financial | IL | $2.0 | 2% |
| 49 | $1.9   | Commerce Bancshares | MO | $2.0 | -3% |
| 50 | $1.9   | North Fork Bancorp. | NY | $1.6 | 16% |

1st column is 'income from the sale and servicing of mutual funds and annuities.' This represents primarily gross commissions from annuity and fund sales. Among 970 bank holding companies with some income. Note: Non-traditional banking companies that report to the Federal Reserve Board may **not** be included here but rather on the table on page 3.

## Top 25 in Income from Annuities and Mutual Funds in the South
1st Quarter 2004 *(all dollars in millions; among 343 banks and thrifts with some investment income.)*

| | Income from Mutual funds & Annuities | Bank | State | Assets | Deposits | Mut. fund & ann. inc./ Deposits | MF Income Previous Quarter | Change |
|---|---|---|---|---|---|---|---|---|
| 1 | $153.21 | Bank of America NA | NC | $690,573 | $390,231 | 0.04% | $134.39 | 14% |
| 2 | $151.00 | Wachovia Bank NA | NC | $364,474 | $224,687 | 0.07% | $149.00 | 1% |
| 3 | $35.12 | Suntrust Bank | GA | $124,298 | $76,375 | 0.05% | $33.97 | 3% |
| 4 | $16.80 | Branch Banking & Trust | NC | $70,840 | $40,059 | 0.04% | $14.21 | 18% |
| 5 | $16.37 | Southtrust Bank | AL | $52,667 | $33,276 | 0.05% | $15.11 | 8% |
| 6 | $7.89 | Compass Bank | AL | $27,396 | $16,691 | 0.05% | $6.52 | 21% |
| 7 | $7.34 | First Tennessee Bank | TN | $26,647 | $17,818 | 0.04% | $6.89 | 7% |
| 8 | $6.04 | Nat. Bank of Commerce | TN | $22,772 | $15,856 | 0.04% | $5.81 | 4% |
| 9 | $4.92 | Hibernia NB | LA | $18,675 | $14,193 | 0.03% | $3.63 | 35% |
| 10 | $4.74 | Union Planters Bank | TN | $31,312 | $22,768 | 0.02% | $5.32 | -11% |
| 11 | $2.75 | First-Citizens B&TC | NC | $11,337 | $9,905 | 0.03% | $2.55 | 8% |
| 12 | $2.40 | *Citibank, FSB* | VA | $25,578 | $19,471 | 0.01% | $2.40 | 0% |
| 13 | $2.22 | Chevy Chase Bank | VA | $12,419 | $8,511 | 0.03% | $1.84 | 21% |
| 14 | $1.33 | Trustmark NB | MS | $7,927 | $5,421 | 0.02% | $1.16 | 16% |
| 15 | $1.33 | Hancock Bank | MS | $2,671 | $2,241 | 0.06% | $0.87 | 53% |
| 16 | $0.86 | Riggs Bank NA | VA | $5,873 | $3,793 | 0.02% | $0.85 | 2% |
| 17 | $0.86 | First Charter Bank | NC | $4,290 | $2,539 | 0.03% | $0.63 | 37% |
| 18 | $0.81 | Nat. Bank of Cmrc. | AL | $1,413 | $812 | 0.10% | $0.69 | 17% |
| 19 | $0.80 | Colonial Bank NA | AL | $16,456 | $10,144 | 0.01% | $0.47 | 69% |
| 20 | $0.79 | BancorpSouth Bank | MS | $10,579 | $8,904 | 0.01% | $1.04 | -25% |
| 21 | $0.76 | Carolina First Bank | SC | $6,643 | $4,482 | 0.02% | $2.06 | -63% |
| 22 | $0.73 | RBC Centura Bank | NC | $20,198 | $8,870 | 0.01% | $0.50 | 46% |
| 23 | $0.65 | First NB Treasure Cst. | FL | $1,461 | $1,165 | 0.06% | $0.50 | 30% |
| 24 | $0.60 | United Community Bank | GA | $9,104 | $2,253 | 0.03% | $0.49 | 22% |
| 25 | $0.58 | *BankUnited, FSB* | FL | $7,581 | $3,515 | 0.01% | $0.50 | 5% |

## Top 25 in Income from Annuities and Mutual Funds in the Midwest
1st Quarter 2004 *(all dollars in millions; among 1,012 banks and thrifts with some investment income.)*

| | Income from Mutual funds & Annuities | Bank | State | Assets | Deposits | Mut. fund & ann. inc./ Deposits | MF Income Previous Quarter | Change |
|---|---|---|---|---|---|---|---|---|
| 1 | $105.00 | Bank One NA | OH | $66,124 | $17,986 | 0.58% | $102.00 | 3% |
| 2 | $33.28 | Fifth Third Bank | OH | $58,943 | $23,232 | 0.14% | $27.98 | 19% |
| 3 | $10.53 | Huntington NB | OH | $30,834 | $18,790 | 0.06% | $8.78 | 20% |
| 4 | $8.36 | LaSalle Bank NA | IL | $65,098 | $26,107 | 0.03% | $8.53 | -2% |
| 5 | $7.63 | Comerica Bank | MI | $54,475 | $42,679 | 0.02% | $6.07 | 26% |
| 6 | $6.85 | Charter One Bank NA | OH | $41,342 | $27,851 | 0.03% | $7.44 | -8% |
| 7 | $6.00 | Bank One NA | IL | $256,701 | $180,020 | 0.00% | $6.00 | 0% |
| 8 | $3.48 | M&I Marshall & Ilsley | WI | $31,021 | $19,236 | 0.02% | $3.42 | 2% |
| 9 | $3.43 | TCF NB | MN | $11,820 | $8,001 | 0.04% | $2.99 | 14% |
| 10 | $3.22 | FirstMerit Bank NA | OH | $10,422 | $7,893 | 0.04% | $2.53 | 27% |
| 11 | $2.76 | *Commercial FB, a FSB* | NE | $12,259 | $6,160 | 0.04% | $2.58 | 7% |
| 12 | $2.60 | MB Financial Bank NA | IL | $4,108 | $3,194 | 0.08% | $0.13 | 1843% |
| 13 | $2.58 | Old NB | IN | $9,033 | $6,391 | 0.04% | $1.86 | 39% |
| 14 | $2.45 | UMB Bank NA | MO | $5,776 | $4,265 | 0.06% | $2.15 | 14% |
| 15 | $2.13 | Associated Bank NA | WI | $12,939 | $7,984 | 0.03% | $0.17 | 1160% |
| 16 | $2.12 | Harris T&SB | IL | $21,337 | $12,840 | 0.02% | $1.70 | 25% |
| 17 | $1.94 | Commerce Bank NA | MO | $12,300 | $8,741 | 0.02% | $1.68 | 15% |
| 18 | $1.67 | Citizens Bank | MI | $5,476 | $3,797 | 0.04% | $1.55 | 8% |
| 19 | $1.38 | Keybank NA | OH | $78,927 | $44,477 | 0.00% | $1.43 | -4% |
| 20 | $1.21 | Wesbanco Bank | WV | $3,364 | $2,462 | 0.05% | $0.67 | 81% |
| 21 | $1.15 | Fifth Third Bank | MI | $36,330 | $27,524 | 0.00% | $3.23 | -64% |
| 22 | $1.00 | Standard Fed Bank | MI | $45,377 | $19,321 | 0.01% | $1.00 | 1% |
| 23 | $0.99 | Sky Bank | OH | $11,889 | $8,910 | 0.01% | $1.17 | -16% |
| 24 | $0.93 | U S Bank NA | OH | $191,606 | $113,511 | 0.00% | na | na |
| 25 | $0.89 | *Mid America Bank, FSB* | IL | $9,028 | $5,599 | 0.02% | $1.10 | -19% |

1st column is 'income from the sale and servicing of mutual funds and annuities.' Thrifts are in italics.