IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KITTY GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00270-WKW |
| | ) | |
| COLONIAL BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

After consideration of *Defendants' Motion to Substitute Affidavit* (Doc. 24, filed Oct. 4, 2006) and for good cause shown, it is hereby

**ORDERED** that the *Motion* (Doc. 24) is **GRANTED**.

Done this 5th day of October, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE