# EXHIBIT A

Colonial Bank :::::

Page 1 of 2

| | |
|---|---|
| Position Title | Internal Wholesaler |
| Requisition # | 06-2268 |
| Location | COL FINANCIAL CENTER |
| City | Montgomery |
| State | AL |
| Description | Facilitate sales of the licensed bankers in the field. The primary resource for nearly 500 licensed bankers, representing nearly half of all revenue for Wealth Management. Duties include, but are not limited to: case design, suitability, competitive analysis, contract registration, and regulatory compliance. Responsible for the analysis and sales of fixed annuities, but as the department expands, their areas of expertise will also expand to additional product lines, such as mutual funds, index annuities, and variable annuities

1. Facilitate fixed annuity sales by advising licensed bankers on different products, features, rates, sales strategies, and suitability issues.
2. Provide guidance and assistance via phone to licensed bankers regarding annuity sales.
3. Increase sales by giving the licensed banker a resource for any questions or concerns they have regarding the sale of an investment product.
4. Make pro-active, out-bound sales calls to the field.
5. Provide product training / continuing education to provide accurate and timely advice regarding the investment landscape.
6. Remain current on all issues pertaining to the investment products. This includes, but is not limited to: product changes, marketing changes, regulatory changes, industry changes.
7. Coordinate, track and maintain licensing process for newly licensed bankers to ensure that they are properly registered for sales purposes.
8. Manage the appointment process with all Colonial's Insurance company partners in a timely manner to ensure that licensed reps are cleared to sell to customers. This applies to new hires, newly licensed reps, and existing Colonial reps that need to secure additional appointments. (ProducerPlus system)
9. Facilitate specific Life Insurance appointments through the UVEST Insurance department. (separate process than above in #8)
10. Track and maintain any corporate insurance licenses and appointments with the individual states for Colonial Investments and Colonial Brokerage
11. Coordinate and track notification of pending Continuing Education requirements for licensed reps according to state specific insurance regulations.
12 Coordinate processing of sales paperwork.
13. Facilitate marketing changes, product launches, and incentive trips.
14. Assist the Investment marketing area by helping to distribute and communicate information regarding marketing changes, product launches, and incentive trip updates.
15. Attend work on a regular basis. on time and withstand varying degrees of stress. |
| Requirements | Bachelor's degree in a business related field or equivalent relevant experience required. Appropriate licenses are required, or must be obtained within 4 months of hire. This includes additional licenses that will become necessary as the products expand (Life Insurance, Series 6, Series 63.) Sales experience or telephone sales preferred. Must be competent at Microsoft Word, Excel, and Outlook.

Excellent communication skills required for major contact within the Company or with affiliates, and other public contacts involving difficult negotiations and requiring skill and resourcefulness in maintaining good will toward the Company. Requires a relatively high level of analytical ability in order to find solutions to difficult human, technical, or administrative problems. Frequent independent action is required and consequences of errors are significant. |

