IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KITTY GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-270-WKW |
| | ) |
| THE COLONIAL BANCGROUP, INC., | ) |
| and COLONIAL BANK, N.A., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Motion to Submit Response to Plaintiff's Objections to Report and Recommendation of Magistrate Judge filed on January 3, 2007 (Doc. # 32), it is hereby

ORDERED that the motion is GRANTED.

DONE this 8th day of January, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE