IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KITTY GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-270-WKW |
| | ) (WO) |
| COLONIAL BANK, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the plaintiff on December 29, 2006 (Doc. # 31) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on December 15, 2006 (Doc. # 29) is adopted;

(3) The motion for summary judgment filed by the defendants (Doc. # 16) is GRANTED; and

(4) The above-styled case is DISMISSED with prejudice.

An appropriate judgment shall be entered.

DONE this 16th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE