IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KITTY GRAHAM, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 2:06CV270-WKW |
| ) | |
| THE COLONIAL BANCGROUP, INC. ) | |
| and COLONIAL BANK, N.A., ) | Judge Watkins |
| ) | |
|     Defendant. ) | |

## DEFENDANTS' MOTION FOR COSTS

**COME NOW** Defendants The Colonial BancGroup, Inc. and Colonial Bank, N.A. (collectively, "Colonial") and respectfully submit the following Motion for Costs pursuant to the Court's Final Judgment (Doc. no. 37).

In support of this motion, Colonial states as follows:

1.    On March 24, 2006, Plaintiff Guy commenced this action against Colonial, alleging that Colonial discriminated against her by terminating her employment on the basis of sex and age in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 671, *et seq.* (Doc. no. 1).

2.    On August 21, 2006, Colonial filed its Motion for Summary Judgment on all of Plaintiff's claims. (Doc. no. 16). Thereafter, the parties submitted their respective briefs.

3.    On December 15, 2006, Magistrate Judge Delores Boyd issued her Report and Recommendation to the District Court, recommending that the Court grant Colonial's summary judgment motion and enter judgment in its favor on all of Plaintiff's claims. (Doc. no. 28).

4.    On January 29, 2007, the District Court (the Honorable Judge Watkins presiding) affirmed the Magistrate Judge's Report and Recommendation and entered Final Judgment for

1

Defendants. (Doc. no. 37). Further, the Court ordered that "[c]osts are taxed against the plaintiff for which execution may issue." *Id.*

5. The time for appeal has expired.

6. With respect to costs other than attorneys' fees, Rule 54(d)(1), FED. R. CIV. P. provides as follows: "[e]xcept when express provision therefor is made either in a statute of the United States or in these rules, costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs...."

7. In the instant case, Defendants' costs are as follows:

   Soft cost:     $ 730.62 (phone, copies, faxes, etc.)
   Hard cost:     $ 133.56 (invoices paid for transcripts, etc)
   **TOTAL        $ 864.18**

*See* Invoice for Costs, attached hereto as Ex. A.[1]

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that the Court enter an order directing that Plaintiff pay Defendants costs in the amount of $864.18.

Respectfully submitted this 21st day of March, 2007.

/s/Christopher W. Weller
Christopher W. Weller (WEL030)
CAPELL & HOWARD, P. C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000

THE COLONIAL BANCGROUP, INC. &
COLONIAL BANK, N.A.
David B. Byrne, Jr. (ASB-0354-R69D)
General Counsel
One Commerce Street
Montgomery, Alabama 36104
**ATTORNEYS FOR DEFENDANTS**

---

[1] Capell & Howard consolidated the billing for this action and the companion action commenced by Susan Guy. As reflected in the invoices attached at Exhibit A hereto, the sum of the associated costs associated with the defense of both actions was $1,728.37. Consequently, Plaintiff Graham's pro-rata share of the costs is $864.18.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record *via* U.S. Mail:

Kitty Graham, Pro Se
P.O. Box 240597
Eclectic, Alabama 36024

DONE this the 21st day of March, 2007.

/s/Christopher W. Weller
Of Counsel

# EXHIBIT A

Case 2:06-cv-00270-WKW-TFM     Document 38     Filed 03/21/2007     Page 4 of 10

# CAPELL & HOWARD P.C.

150 South Perry Street
Montgomery, Alabama 36104
www.CapellHoward.com

Federal Tax ID: 63-0593542

Colonial Bank, NA and The Colonial Bankgroup, Inc.  
David Byrne, General Counsel

Statement Date: July 12, 2006  
Statement No. 122502

Matter: 23548-041  Susan Guy and Kitty Graham - Age and Sex Discrimination Claim

Professional Services Rendered Through: June 30, 2006

**Costs**

| Date | Description | Amount |
|---|---|---|
| 6/6/2006 | Runner/Errand Service | 5.00 |
| 6/16/2006 | Westlaw Research | 6.75 |
| 6/20/2006 | Westlaw Research | 96.32 |
| 6/29/2006 | Runner/Errand Service | 5.00 |
| | Total Costs: | 113.07 |

**Costs Advanced**

| Date | Description | Amount |
|---|---|---|
| 6/28/2006 | Action Legal Document Services, LLC | 62.72 |
| | Total Costs Advanced: | 62.72 |

# CAPELL & HOWARD P.C.

150 South Perry Street
Montgomery, Alabama 36104
www.CapellHoward.com

Federal Tax ID: 63-0593542

Colonial Bank, NA and The Colonial Bankgroup, Inc.  
David Byrne, General Counsel

Statement Date: August 4, 2006  
Statement No. 122887

Matter: 23548-041  Susan Guy and Kitty Graham - Age and Sex Discrimination Claim

Professional Services Rendered Through: July 31, 2006

**Costs**

|           | Photocopying              |              | 4.70   |
|-----------|---------------------------|--------------|--------|
| 7/6/2006  | Westlaw Research          |              | 7.64   |
| 7/18/2006 | Runner/Errand Service     |              | 5.00   |
| 7/21/2006 | Electronic Scanning       |              | 0.80   |
| 7/24/2006 | Westlaw Research          |              | 200.47 |
|           |                           | Total Costs: | 218.61 |

**Costs Advanced**

| 7/5/2006 | Pete's Print and Copy Service |                       | 66.60  |
| 7/5/2006 | Christopher W. Weller         |                       | 71.20  |
| 7/5/2006 | Pete's Print and Copy Service |                       | 66.60  |
|          |                               | Total Costs Advanced: | 204.40 |

# CAPELL & HOWARD P.C.

150 South Perry Street
Montgomery, Alabama 36104
www.CapellHoward.com

Federal Tax ID: 63-0593542

Colonial Bank, NA and The Colonial Bankgroup, Inc.
David Byrne, General Counsel

Statement Date: September 5, 2006
Statement No. 123385

Matter: 23548-041  Susan Guy and Kitty Graham - Age and Sex Discrimination Claim

Professional Services Rendered Through: August 31, 2006

**Costs**

|  |  |  |
|---|---|---:|
|  | Photocopying | 32.40 |
| 8/10/2006 | Westlaw Research | 213.07 |
| 8/17/2006 | Westlaw Research | 11.24 |
| 8/18/2006 | Runner/Errand Service | 5.00 |
| 8/21/2006 | Electronic Scanning | 7.90 |
| 8/21/2006 | Electronic Scanning | 7.90 |
|  | **Total Costs:** | **277.51** |

# CAPELL & HOWARD P.C.

150 South Perry Street
Montgomery, Alabama 36104
www.CapellHoward.com

Federal Tax ID: 63-0593542

Colonial Bank, NA and The Colonial Bankgroup, Inc.  Statement Date: October 6, 2006
David Byrne, General Counsel                        Statement No. 124187

Matter: 23548-041  Susan Guy and Kitty Graham - Age and Sex Discrimination Claim

Professional Services Rendered Through: September 30, 2006

**Costs**

| | | |
|---|---|---|
| 9/26/2006 | Westlaw Research | 252.53 |
| | Total Costs: | 252.53 |

# CAPELL & HOWARD p.c.

150 South Perry Street
Montgomery, Alabama 36104
www.CapellHoward.com

Federal Tax ID: 63-0593542

Colonial Bank, NA and The Colonial Bankgroup, Inc.  Statement Date: November 2, 2006
David Byrne, General Counsel  Statement No. 124637

Matter: 23548-041  Susan Guy and Kitty Graham - Age and Sex Discrimination Claim

Professional Services Rendered Through: October 31, 2006

**Costs**

|            | Description           |   Amount |
|------------|-----------------------|---------:|
|            | Fax Telephone Charge  |     0.90 |
|            | Photocopying          |     9.70 |
|            | FAX                   |     1.50 |
| 10/4/2006  | Electronic Scanning   |     0.50 |
| 10/4/2006  | Westlaw Research      |   539.08 |
| 10/4/2006  | Runner/Errand Service |     5.00 |
| 10/5/2006  | Electronic Scanning   |     2.00 |
| 10/5/2006  | Runner/Errand Service |     5.00 |
| 10/6/2006  | Electronic Scanning   |     8.30 |
|            | **Total Costs:**      | **571.98** |

# CAPELL & HOWARD P.C.

150 South Perry Street
Montgomery, Alabama 36104
www.CapellHoward.com

Federal Tax ID: 63-0593542

Colonial Bank, NA and The Colonial Bankgroup, Inc.  
David Byrne, General Counsel  
One Commerce St.  
Montgomery, AL 36104

Statement Date: February 5, 2007  
Statement No. 126255

Matter: 23548-041  Susan Guy and Kitty Graham - Age and Sex Discrimination Claim

Professional Services Rendered Through: January 31, 2007

**Costs**

| | | |
|---|---|---|
| 1/2/2007 | Westlaw Research | 27.55 |
| | Total Costs: | 27.55 |